# UNITED STATES DISTRICT COURT

## FOR THE

## WESTERN DISTRICT OF TENNESSEE

### ORDER OF PRODUCTION

| | | |
|---|---|---|
| **NO:** | | 2:16-cv-02862-STA-jay |
| | | Parks v. Lebo, et al. |
| **AD** | | Testificandum |
| **FOR:** | | Jury Trial |

**TO:** Warden
West Tennessee State Penitentiary
480 Green Chapel Road
Henning, TN 38041

YOU ARE HEREBY COMMANDED to have the person of **Josh Dunn, #412303,** by you restrained of his liberty, as it is said, by whatsoever names detained, together with the day and cause of his being taken and detained, before the Honorable S. Thomas Anderson, U. S. District Court Judge, for the Western District of Tennessee, at the room of said Court, in the **City of Jackson, Tennessee, at 9:30 a.m. on the 26th day of August, 2019**, then and there to do, submit to, and receive whatsoever the said Judge shall then and there determine in that behalf; and have you then and there this writ; further, to hold him in federal custody until disposition of this case and to produce him for such other appearances as this court may direct.

ENTERED this the 7th day of August, 2019.

s/ S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE